Case 1:17-cv-02336-MKB-RML  Document 10  Filed 07/18/17  Page 1 of 1 PageID #: 34

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PEDRO FONTANES,

                         Plaintiff,

    -against-

192 5TH AVE. LTD. and SOI THAI INC. d/b/a
NAHM THAI KITCHEN,

                         Defendants.
----------------------------------------------------------X

Civil Docket # 17-cv-2336

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**

IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED by the undersigned counsel for Plaintiff and the counsel for all Defendants, that the case is settled pursuant to the terms of a confidential agreement and the lawsuit is dismissed pursuant to Fed. R. Civ. P. 41 (a), with prejudice, and without costs or disbursements to any parties herein.

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and a facsimile photocopy of this document will be deemed as original.

Dated: New York, NY
June 29, 2017

_____
Gary C. Fischoff, Esq.
Berger, Fischoff & Shumer, LLP
Attorneys for 192 5th Avenue, Ltd.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Tel: 516-747-1136

_____
Ismail S. Sekendiz, Esq.
SEKENDIZ LAW FIRM P.C.
Attorneys for Plaintiff
45 Broadway 1420
New York, New York 10006
Tel: (212) 380-8087

SOI Thai, Inc., d/b/a Nahm Thai Kitchen

By: _____
Tanley Wong President

SO ORDERED:
s/ MKB 7/18/2017

_____
MARGO K. BRODIE
United States District Judge